SOPHIE D. COHEN et al., as Surviving Executors of WILLIAM W. COHEN, Deceased, Appellants and Respondents, *v.* CARITA NODA et al., Respondents and Appellants; JAPAN COTTON & SILK TRADING Co., INC., et al., Respondents, et al., Defendants.

Argued January 17, 1952; decided March 13, 1952.

884

*Meyer Kraushaar* for appellants and respondents.

*James E. Bennet, Jr.,* and *Helen F. Tuohy* for Carita Noda and another, respondents and appellants.

*Joseph Leary Delaney, Edwin A. Tennant, Jr.,* and *Lee Feltman* for Japan Cotton & Silk Trading Co., Inc., respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.